UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GUILLERMO MEDRANO, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:15-CV-75 |
| | § | |
| STANDARD GUARANTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On August 11, 2015, Plaintiffs Guillermo Medrano, Krista Chaney, Pedro Guerra, and Alma Guerra filed a Stipulation of Dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. As the requirements of Rule 41(a)(1)(A) have been met, the Court hereby **ORDERS** that Defendant Standard Guaranty Insurance Company be **DISMISSED** with prejudice from this case.

SO ORDERED this 12th day of August, 2015, at McAllen, Texas.

_____
Randy Crane
United States District Judge